# *United States District Court*
# *District of Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-2299 DWF/RLE
Title of Action: Donald Hales vs Prudential Insurance Co. of America, et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by Prudential Insurance Co., et al in the above entitled action on June 16, 2002.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: July 17, 2002

RICHARD D. SLETTEN, CLERK

By Deborah Bell
Deborah Bell, Deputy Clerk

33

JUL 16 2002
JUDGMENT ENTD
DEPUTY CLERK