UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Donald Hales,

Plaintiff,

Civil 00-2299 DWF/RLE

v.

Prudential Insurance Co. of America et al.,

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff Donald Hales as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 579.80 | $ 579.80 |
| Docket fees under 28 U.S.C. § 1923 | $ 7.50 | $ 7.50 |
| TOTAL: | $ 587.30 | $ 587.30 |

Costs, therefore, are taxed in the sum of Five Hundred Eighty-Seven Dollars and 30/100 ($587.30) in favor of Defendants and against Plaintiff Donald Hales and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 13, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED 8-14-02
RICHARD D. SLETTEN CLERK
JUDGMENT ENTD 8-14-02
DEPUTY CLERK