# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald Hales,

Case No. Civil 00-2299 DWF/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Prudential Insurance Company of America; Prudential Merged Retirement Plan, being sued as The Prudential Merged Retirement Plan; Art Ryan, in his capacity as Trustee for the Prudential Merged Retirement Plan, a/k/a Pru Plans, a/k/a The Pru Plan; The Prudential Trust Company, as Trustee for the Retirement System for United States Employees and Special Agents; and Art Ryan, as Fiduciary for Prudential Merged Retirement Plan, a/k/a Pru Plans, a/k/a The Pru Plan

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that 1. Defendants' Motion for Sanctions and Attorney Fees is GRANTED IN PART as follows: a. Counsel for Plaintiff Donald Hales is ordered to pay $4,703.12 in attorney fees as a sanction. b. Defendants are further awarded $1,782.06 in attorney fees. 2. Plaintiff's Motion for Review of Cost Judgment is GRANTED in the amount of the cost judgment shall be amended from $587.30 to $413.40.**

DATE: October 4, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell, Deputy Clerk

44